UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Troy Alan Lawrence, | Case No. 20-cv-2508 (WMW/JFD) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Steve Kallis, | |
| Respondent. | |

---

Before the Court is the October 29, 2021 Report and Recommendation (R&R) of United States Magistrate Judge John F. Docherty. (Dkt. 11.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED:**

1. The October 29, 2021 R&R, (Dkt. 11), is **ADOPTED.**

2. Petitioner Troy Alan Lawrence's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, (Dkt. 1), is **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 7, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge